Matter of Aiden R. (Erie County Dept. of Social Servs.) (2025 NY Slip Op 00757)

Matter of Aiden R. (Erie County Dept. of Social Servs.)

2025 NY Slip Op 00757

Decided on February 7, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

81 CAF 23-01635

[*1]IN THE MATTER OF AIDEN R.
and
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES
, PETITIONER-RESPONDENT; BRENDA M.W., RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.
AMY R. INZINA, BUFFALO, FOR PETITIONER-RESPONDENT.
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Kelly A. Brinkworth, J.), entered September 13, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred respondent's guardianship and custody rights over the subject child to petitioner. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Aiden R. (Brenda M.W.) ([appeal No. 1] — AD3d — [Feb. 7, 2025] [4th Dept 2025]).
Entered: February 7, 2025
Ann Dillon Flynn
Clerk of the Court